<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-6894**

—————

UNITED STATES OF AMERICA,

 Plaintiff – Appellee,

 v.

ORONDE S. MABRY, a/k/a Oronde' Sylvester Mabry,

 Defendant – Appellant.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, Senior
District Judge. (3:07-cr-00028-REP-2)

—————

Submitted: September 29, 2009       Decided: October 7, 2009

—————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Oronde S. Mabry, Appellant Pro Se. Richard Daniel Cooke,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oronde S. Mabry appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Mabry</u>, No. 3:07-cr-00028-REP-2 (E.D. Va. Apr. 22, 2009). We further deny Mabry's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>